IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40387
Conference Calendar
_____

JOSE LUIS ESTUPINAN,
also known as Joseph,

                                        Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:00-CV-32
--------------------
February 13, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Jose Luis Estupinan, federal prisoner # 66153-079, appeals
the district court's dismissal of his petition for a writ of
error coram nobis.  Estupinan has not argued on appeal the issue
of the district court's dismissal of his petition on the grounds
that his claims were not cognizable in a coram nobis proceeding
and that coram nobis was not a proper vehicle to challenge his
conviction because he remained in federal custody.  Arguments
must be briefed in order to be preserved.  <u>Yohey v. Collins</u>, 985

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

F.2d 222, 225 (5th Cir. 1993).  Issues not adequately argued in the body of the brief are deemed abandoned on appeal.  Yohey, 985 F.2d at 224-25.  The judgment of the district court dismissing Estupinan's petition for a writ of error coram nobis is AFFIRMED.